**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DERWIN L.,

                              Plaintiff,          24 **CIVIL** 5293 (GRJ)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 11, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 15) is GRANTED; and this matter is REMANDED for further administrative proceedings consistent with this Decision and Order.

**Dated:** New York, New York

      April 14, 2025

                                                                      **TAMMI M. HELLWIG**
                                                                         **Clerk of Court**

                                                   **BY:**

                                                                          **Deputy Clerk**